# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2800
LT Case No. 05-2016-CA-15922

_____

ALLAN COMRIE,

    Appellant,

    v.

HUBBARD CONSTRUCTION
COMPANY, THE LANE
CONSTRUCTION CORPORATION,
FLORIDA DEPARTMENT OF
TRANSPORTATION, CITIZENS
PROPERTY INSURANCE
CORPORATION, HOMEOWNERS
CHOICE PROPERTY AND
CASUALTY INSURANCE COMPANY,
INC.

    Appellees.

_____


On appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

W. Nathan Meloon and Scott Widerman, of Widerman Malek
P.L., Melbourne, for Appellant.

Daniel S. Weinger, of Luks, Santaniello, Petrillo, Cohen
& Peterfriend, Fort Lauderdale, for Appellee, Hubbard
Construction Company.

Caroline A. Sand, Todd R. Ehrenreich, and Spencer M. Mayer, of Lewis Brisbois Bisgaard & Smith, Coral Gables, for Appellees, The Lane Construction Corporation and Florida Department of Transportation.

No Appearance for Remaining Appellees.

April 14, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____